

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of M.H. and D.H., Children

No. 06-24-00051-CV

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. 1900160). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED MAY 29, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk